# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERTO S. ESPIRITU,

    Plaintiff,

v.

OWB REO, LLC, *et al.*,

    Defendants.

Case No. 2:10-CV-01878-KJD-PAL

**ORDER**

    On October 26, 2010, Plaintiff filed his Complaint (#1). On November 10, 2010, Plaintiff filed the Summons (#2) returned executed. Defendants were served the summons and complaint on November 8, 2010. On November 29, 2010, Plaintiff filed his Certificate of Interested Parties (#5). However, since that date no parties have taken any action of record. On September 2, 2011, the Clerk of the Court notified Plaintiff that he had until October 2, 2011 to take any action of record or his case would be dismissed for want of prosecution in accordance with Local Rule 41-1. Plaintiff has failed to respond or to show good cause why his complaint should not be dismissed.

    Accordingly, Plaintiff's Complaint (#1) is **DISMISSED with prejudice**;

    IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

    DATED this 10th day of October 2011.

Kent J. Dawson
United States District Judge